| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Colton, Roberta A. | 2. Court or Organization<br><br>U.S. Bankruptcy Court for the Middle District of Florida | 3. Date of Report<br><br>07/28/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>06/30/2016 |
| 7. Chambers or Office Address<br><br>400 W. Washington St. Rm. 6300<br>Orlando, Florida 32801 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President/Board of Trustees | Hillsborough County Bar Foundation |
| 2. | Executive Committee | Trenam Law Firm |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/31/2016 | Return of Capital from Former Law Firm - Trenam Law and R.A. Colton -$41,372 payable over two years. |
| 2. | 2015-2016 | 401(k) Plan with Former Law Firm - $1.2 million as of 3/31/16 (Details in Investment Section) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 07/28/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Compensation from former firm - Trenam Law | $51,250.00 |
| 2. 2016 | Compensation from former firm - Trenam Law | $712,221.46 |
| 3. 3/31/2016 | Return of Capital from former firm - Trenam Law | $15,000.00 |
| 4. 2014 | Compensation from former firm - Trenam Law | $424,216.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 07/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | N | T | | | | | |
| 2. Ally Bank CD | A | Interest | L | T | | | | | |
| 3. Northern Trust Account | A | Interest | M | T | | | | | |
| 4. Vanguard Retirment Fund 2025 | C | Dividend | N | T | | | | | |
| 5. Vanguard Admiral Fund | A | Dividend | M | T | | | | | |
| 6. Vanguard Ltd. Municipal Fund | A | Dividend | K | T | | | | | |
| 7. USB Money Mkt. Account | A | Interest | L | T | | | | | |
| 8. Boeing Stock | A | Dividend | K | T | | | | | |
| 9. Nextera Energy Stock | A | Dividend | K | T | | | | | |
| 10. Eaton Vance Nat'l Municipal IncomeFund | A | Dividend | J | T | | | | | |
| 11. IBM Stock | B | Dividend | K | T | | | | | |
| 12. Templeton Global Income Fund | A | Dividend | J | T | | | | | |
| 13. Walt Disney Stock | A | Dividend | K | T | | | | | |
| 14. Comcast Stock | | None | J | T | | | | | |
| 15. Shwab Money Mkt. Account | A | Interest | O | T | | | | | |
| 16. | | | | | | | | | |
| 17. Vanguard Wellsley Fund - IRA | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morley Stable Value Fund - Trenam 401(k) | | None | L | T | | | | | |
| 19. Metro West tltRtn Bond Fund 1- Trenam 401(k) | | None | M | T | | | | | |
| 20. Am. Fds Bal. R5 Fund - Trenam 401(k) | | None | N | T | | | | | |
| 21. Amazon Stock | | None | L | T | | | | | |
| 22. AT&T Stock | A | Dividend | J | T | | | | | |
| 23. Avis budget Stock | | None | J | T | | | | | |
| 24. Charles Schwab Corp. Stock | | None | J | T | | | | | |
| 25. Comcast Corp. | | None | J | T | | | | | |
| 26. Express Scripts Stock | | None | J | T | | | | | |
| 27. Intel Stock | | None | J | T | | | | | |
| 28. McKesson Stock | | None | K | T | | | | | |
| 29. Oracle Stock | | None | K | T | | | | | |
| 30. Pfizer Stock | | None | K | T | | | | | |
| 31. Time Warner Cable Stock | | None | J | T | | | | | |
| 32. Time Warner Inc. Stock | | None | J | T | | | | | |
| 33. Wyndham Workwide Stock | | None | J | T | | | | | |
| 34. Baron Asset Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Global Research Fund | | None | K | T | | | | | |
| 36. Schwab Core Equity Fund | B | Dividend | J | T | | | | | |
| 37. Touchstone Focused Fund | | None | J | T | | | | | |
| 38. Eaton Vance Total Rate Advantage Fund | | None | J | T | | | | | |
| 39. T. Rowe Price Rtmt. 2020 Fund- Trenam 401(k) | | None | K | T | | | | | |
| 40. Vanguard Tl Stk Mkt Indx. Adm Fund - Trenam 401(k) | | None | N | T | | | | | |
| 41. Vanguard Sel. Value Inv. Fund - Treanm 401(k) | | None | L | T | | | | | |
| 42. Am Fds EuroPacific Grth R6 Fd - Trenam 401(k) | | None | L | T | | | | | |
| 43. Vanguard Variable Annuity- Equity Index | A | Dividend | K | T | | | | | |
| 44. Vanguard Variable Annuity - Balanced | A | Dividend | L | T | | | | | |
| 45. Vanguard Variable Annity- Growth | A | Dividend | K | T | | | | | |
| 46. Vanguard Variable Annuity-Money Market | A | Dividend | K | T | | | | | |
| 47. Vanguard Variable Annuity - Equity Income | A | Dividend | J | T | | | | | |
| 48. Fifth Third Bank- HSA | A | Int./Div. | J | T | | | | | |
| 49. USB - IRA - MM | A | Int./Div. | J | T | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 07/28/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colton, Roberta A. | 07/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I do not have detailed information for retirement funds in the Trenam Law 401(k), other than the identify the fund, its value at the commencement of a quarter and its value at the end of a quarter. I will be terminating my interests in the Trenam Law 401(k) plan shortly and rolling over my retirement funds and, therefore, should have better information in future reports. This is also the situation with the Vanguard Annuity that I purchased.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roberta A. Colton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544